# Third District Court of Appeal

## State of Florida

Opinion filed January 25, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1301
Lower Tribunal Nos. 22-001476CS, 13190006466FC & 2001338602
_____

**Ricardo Alberto Jackson,**
Appellant,

vs.

**Department of Revenue, Child Support Program,**
Appellee.

An Appeal from the State of Florida, Department of Revenue.

Ricardo Alberto Jackson, in proper person.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General (Tallahassee), for appellee.

Before LOGUE, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.